**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO: **13-41811** |
| **Rickey W. Wright** ) | |
| ) | Chapter 13 |
| SSN(s): **xxx-xx-1981** ) | |
| **637 Lookout Trail** ) | |
| **Plano, TX 75023** ) | |
| ) | |
| ) | |
| ) | |
| Debtor ) | |

**You should read this Plan carefully and discuss it with your attorney. Confirmation of this Plan by the Bankruptcy Court may modify your rights by providing for payment of less than the full amount of your claim, by setting the value of the collateral securing your claim, and/or by setting the interest rate on your claim.**

# CHAPTER 13 PLAN

Debtor or Debtors (hereinafter called "Debtor") proposes this Chapter 13 Plan:

1.  **Submission of Income.** Debtor submits to the supervision and control of the Chapter 13 Trustee ("Trustee") all or such portion of future earnings or other future income of Debtor as is necessary for the execution of this Plan.

2.  **Plan Payments and Length of Plan.** Debtor will pay the sum of **see below** per **month** to Trustee by ☐ Payroll Deduction(s) or by ☑ Direct Payment(s) for the period of **58** months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. See 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

    The following alternative provision will apply if selected:

    ☑ Variable Plan Payments

    | Beginning Month | Ending Month | Amount of Monthly Payment | Total |
    |---|---|---|---|
    | 1 (08/26/2013) | 3 (10/26/2013) | $500.00 | $1,500.00 |
    | 4 (11/26/2013) | 58 (05/26/2018) | $1,450.00 | $79,750.00 |
    | | | Grand Total: | $81,250.00 |

    Reason for Variable Plan Payments:

3.  **Payment of Claims. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief.**
Allowed claims shall be paid to the holders thereof in accordance with the terms thereof. From the monthly payments described above, the Chapter 13 Trustee shall pay the following allowed claims in the manner and amounts specified. Claims filed by a creditor designated as secured or priority but which are found by the Court to be otherwise shall be treated as set forth in the Trustee's Recommendation Concerning Claims.

___

4. **Administrative Claims.** Trustee will pay in full allowed administrative claims and expenses pursuant to § 507(a)(2) as set forth below, unless the holder of such claim or expense has agreed to a different treatment of its claim.

   (A). **Trustee's Fees.** Trustee shall receive a fee for each disbursement, the percentage of which is fixed by the United States Trustee.

   (B). **Debtor's Attorney's Fees.** The total attorney fee as of the date of filing of the petition is __$4,500.00__. The amount of __$1,500.00__ was paid prior to the filing of the case. The balance of __$3,000.00__ will be paid ☑ from first funds upon confirmation, or in the alternative ☐ from the remaining balance of funds available after specified monthly payments. The total attorney fees are subject to reduction by notice provided in the Trustee's Recommendation Concerning Claims to an amount consistent with LBR 2016(h) absent a certification from debtors attorney regarding legal services provided pertaining to automatic stay litigation occurring in the case.

5. **Priority Claims.**

   (A). **Domestic Support Obligations.**

   ☑ None. If none, skip to Plan paragraph 5(B).

   (i).  Debtor is required to pay all post-petition domestic support obligations directly to the holder of the claim.

   (ii). The name(s) and address(es) of the holder of any domestic support obligation are as follows. See 11 U.S.C. §§ 101(14A) and 1302(b)(6).

   (iii). Anticipated Domestic Support Obligation Arrearage Claims

   (a). Unless otherwise specified in this Plan, priority claims under 11 U.S.C. § 507(a)(1) will be paid in full pursuant to 11 U.S.C. § 1322(a)(2). These claims will be paid at the same time as claims secured by personal property, arrearage claims secured by real property, and arrearage claims for assumed leases or executory contracts.

   ☑ None; or

   | (a)<br>Creditor<br>(Name and Address) | (b)<br>Estimated arrearage claim | (c)<br>Projected monthly arrearage payment |
   |---|---|---|
   |  |  |  |

   (b). Pursuant to §§ 507(a)(1)(B) and 1322(a)(4), the following domestic support obligation claims are assigned to, owed to, or recoverable by a governmental unit.

   ☑ None; or

   Claimant and proposed treatment:

   | (a)<br>Claimant | (b)<br>Proposed Treatment |
   |---|---|
   |  |  |

   (B). **Other Priority Claims (e.g., tax claims).** These priority claims will be paid in full, but will not be funded until after all secured claims, lease arrearage claims, and domestic support claims are paid in full.

   | (a)<br>Creditor | (b)<br>Estimated claim |
   |---|---|
   | **Comptroller of Public Accounts** | $386.90 |
   | **IRS** | $20,000.00 |

Case No: 13-41811
Debtor(s): **Rickey W. Wright**

6. **Secured Claims.**

   (A). **Claims Secured by Personal Property Which Debtor Intends to Retain.**

   (i). **Pre-confirmation adequate protection payments.** Unless the Court orders otherwise, no later than 30 days after the date of the filing of this plan or the order for relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to § 1326(a)(1)(C). If the Debtor elects to make such adequate protection payments on allowed claims to the Trustee pending confirmation of the plan, the creditor shall have an administrative lien on such payment(s), subject to objection. If Debtor elects to make such adequate protection payments directly to the creditor, Debtor shall provide evidence of such payment to the Trustee, including the amount and date of the payment, as confirmation is prohibited without said proof.

   Debtor shall make the following adequate protection payments:

   ☐ directly to the creditor; or

   ☑ to the Trustee pending confirmation of the plan.

| (a) Creditor | (b) Collateral | (c) Adequate protection payment amount |
|---|---|---|
| **Capital One Auto** | **2007 Ford Mustang** | $130.00 |
| **Ford Motor Credit** | **2002 Ford F-150** | $20.00 |
| **Ford Motor Credit** | **2003 Ford F-250** | $155.00 |

   (ii). **Post confirmation payments.** Post-confirmation payments to creditors holding claims secured by personal property shall be paid as set forth in subparagraphs (a) and (b). If Debtor elects to propose a different method of payment, such provision is set forth in subparagraph (c).

   (a). **Claims to Which § 506 Valuation is NOT Applicable.** Claims listed in this subsection consist of debts secured by a purchase money security interest in a vehicle for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within 1 year of filing. See § 1325(a)(5). After confirmation of the plan, the Trustee will pay to the holder of each allowed secured claim the monthly payment in column (f) based upon the amount of the claim in column (d) with interest at the rate stated in column (e). Upon confirmation of the plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

   ☐ None; or

| (a) Creditor; and (b) Collateral | (c) Purchase date | (d) Estimated Claim | (e) Interest rate | (f) Monthly payment |
|---|---|---|---|---|
| **Ford Motor Credit** **2002 Ford F-150** | 6/2007 | $1,401.00 | 5.25% | $29.66 Avg. Month(s) 5-58 |
| **Ford Motor Credit** **2003 Ford F-250** | 2005 | $14,888.00 | 5.25% | $315.18 Avg. Month(s) 5-58 |

Case No:   13-41811
Debtor(s):   **Rickey W. Wright**

---

(b). **Claims to Which § 506 Valuation is Applicable.** Claims listed in this subsection consist of any claims secured by personal property not described in Plan paragraph 6(A)(ii)(a). After confirmation of the plan, the Trustee will pay to the holder of each allowed secured claim the monthly payment in column (f) based upon the replacement value as stated in column (d) or the amount of the claim, whichever is less, with interest at the rate stated in column (e). The portion of any allowed claim that exceeds the value indicated below will be treated as an unsecured claim. Upon confirmation of the plan, the valuation and interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

☐ None; or

| (a) Creditor; and (b) Collateral | (c) Purchase date | (d) Replacement value | (e) Interest rate | (f) Monthly payment |
|---|---|---|---|---|
| **Capital One Auto** <br> **2007 Ford Mustang** | 9/2006 | $10,540.00 | 3.25% | $212.18 Avg. Month(s) 5-58 |

(B). **Claims Secured by Real Property Which Debtor Intends to Retain.** Debtor will make all post-petition mortgage payments directly to each mortgage creditor as those payments ordinarily come due. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter, unless this Plan provides otherwise. Trustee may pay each allowed arrearage claim at the monthly rate indicated below until paid in full. Trustee will pay interest on the mortgage arrearage if the creditor requests interest, unless an objection to the claim is filed and an order is entered disallowing the requested interest.

| (a) Creditor; and (b) Property description | (c) Estimated pre-petition arrearage | (d) Interest rate | (e) Projected monthly arrearage payment |
|---|---|---|---|
| **America's Servicing Company** <br> **637 Lookout Trl., Plano, TX, 75023** | $18,848.00 | 0.00% | $349.04 Avg. Month(s) 5-58 |

(C). **Surrender of Collateral.** Debtor will surrender the following collateral no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. Any involuntary repossession/foreclosure prior to confirmation of this Plan must be obtained by a filed motion and Court order, unless the automatic stay no longer applies under § 362(c). Upon Plan confirmation, the automatic stay will be deemed lifted for the collateral identified below for surrender and the creditor need not file a Motion to Lift Stay in order to repossess, foreclose upon or sell the collateral. Nothing herein is intended to lift any applicable co-Debtor stay, or to abrogate Debtor's state law contract rights.

| (a) Creditor | (b) Collateral to be surrendered |
|---|---|
|  |  |

(D). **Void Lien:** The secured creditors listed below hold a non-purchase money, non-possessory security interest on Debtor's exempt property. Their lien will be voided pursuant to 11 U.S.C. § 522(f) and their claim treated as unsecured and paid pursuant to paragraph 7 below:

| Name of Creditor | Collateral Description | Estimated Claim |
|---|---|---|
|  |  |  |

7. **Unsecured Claims.**   Debtor estimates that the total general unsecured debt not separately classified in Plan paragraph 12 is   **$135,011.34**   . After all other classes have been paid, Trustee will pay to the creditors with allowed general unsecured claims a pro rata share of   **$811.05**   . Trustee is authorized to increase this dollar amount if necessary, in order to comply with the applicable commitment period stated in paragraph 2 of this Plan.

8. **Executory Contracts and Unexpired Leases.** All executory contracts and unexpired leases are assumed, unless rejected herein.  Payments due after the filing of the case will be paid directly by Debtor (c) or through the plan by the Trustee (d), as set forth below.

Debtor proposes to cure any default by paying the arrearage on the assumed leases or unexpired contracts in the amounts projected in column (e) at the same time that payments are made to secured creditors.  All other executory contracts and unexpired leases of personal property are rejected upon conclusion of the confirmation hearing.

☑ None; or

| (a) Creditor; and (b) Nature of lease or executory contract | (c) Payment to be paid directly by Debtor | (d) Payment to be paid through plan by Trustee | (e) Projected arrearage monthly payment through plan (for informational purposes) |
|---|---|---|---|
|  |  |  |  |

9. **Property of the Estate.**   Upon confirmation of this plan, title of the property of the estate shall vest in DEBTOR(S), unless the Court orders otherwise.

10. **Post-petition claims.**   The DEBTOR(S) will not incur any post-petition consumer debt except upon written approval of the Court or the Standing Chapter 13 Trustee.  Post-petition claims will be allowed only as specified in 11 U.S.C. § 1305.

11. **General Provisions.**  Post-Petition earnings during the pendency of this case shall remain property of the estate notwithstanding section 1327.  Any remaining funds held by the Trustee after dismissal or conversion of a confirmed plan may be distributed to creditors pursuant to these provisions.  Notwithstanding section 1329(a), the Trustee may bring a motion anytime within the applicable commitment period of the Plan to modify debtor's Plan to meet the criteria of section 1325(b).  Any funds sent to the debtor(s) in care of the Trustee, during the pendency of this case may be deposited to the debtor's account and disbursed to creditors holding allowed claims pursuant to this Plan, the Confirmation Order, and/or as set forth in the Trustee's Recommendation Concerning Claims.

12. **Other Provisions:**

   (A). **Special classes of unsecured claims.**

| Name of Unsecured Creditor | Remarks |
|---|---|
|  |  |

   (B). **Other direct payments to creditors.**

| Name of Creditor | Remarks |
|---|---|
|  |  |

**America's Servicing Company**

   (C). **Additional provisions.**

   Notwithstanding any provision herein to the contrary, the deadline for the Trustee to file the Trustee's Recommendation Concerning Claims, as well as the deadline for filing objections to the Trustee's Recommendation Concerning Claims and objections to claims shall be governed by Local Bankruptcy Rule 3015(g).

Case No:   13-41811
Debtor(s):  **Rickey W. Wright**

---

Debtor(s) to pay all property taxes direct, unless escrowed by mortgage company and in that case, mortgage company is to pay property taxes directly.

After the deduction/dedication of any amounts designated as adequate protection payments to any creditor(s), the Trustee shall hold in escrow debtor's attorney's fees.  Such fees are allowed preliminarily.  Final determination of the appropriate fees will be made in the context of the Trustee's Recommendation Concerning Claims.  The Debtor's attorney will file a fee application before the deadline to object to the Trustee's Recommendation Regarding Claims unless otherwise extended by a Motion to extend the deadline.  If the application or Motion to Extend is not filed within that time, the Debtor's attorney shall be awarded the amount of fees stated in Local Rule 2016.

Special Note: This plan is intended as an exact copy of the recommended form prepared by the Standing Chapter 13 Trustees for this District, except as to any added paragraphs after paragraph 11 above.  The Chapter 13 trustee shall be held harmless for any changes in this plan from the recommended form dated July 1, 2005.

Date:  **July 26, 2013**　　　　　　　　　　　　　　　　**/s/ Rickey W. Wright**　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rickey W. Wright, Debtor

**/s/ Robert E. Barron**　　　　　　　　　　　　　　　　
Robert E. Barron, Debtor's Attorney

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:  **Rickey W. Wright**                                CASE NO.  **13-41811**
         *Debtor*

                                                            CHAPTER  **13**
         *Joint Debtor*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 26, 2013, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

**/s/ Robert E. Barron**
Robert E. Barron
Bar ID:01820800
Barron & Barron, LLP
P.O. Box 1347
Nederland, Texas 77627
(409) 727-0073

| | | |
|---|---|---|
| ADT Security Services<br>01200102363282<br>PO Box 371956<br>Pittsburgh, PA 15250 | America's Servicing Company<br>1205181347<br>P.O. Box 10328<br>Des Moines, IA 50306 | Capital One Auto<br>5444470<br>POB 260848<br>Plano, TX 75026 |
| ADT Security Services<br>c/o Sko Brenner American<br>PO Box 9320<br>Baldwin, NY 11510 | Ameripath<br>70AV 14384595<br>PO Box 830913<br>Birmingham, AL 35283-0913 | Capital One Bank<br>5178-0525-6041-4555<br>PO Box 60599<br>City of Industry, CA 91716 |
| Allied Waste<br>3-0794-0002034<br>4200 E. 14th St.<br>Plano, TX 75074-7102 | Ascension Capital Group Inc.<br>Attn: Capital One Auto Finance Dept<br>P.O. Box 201347<br>Arlington, TX 76006 | Chase (Amazon.com)<br>4640-1820-3089-5779<br>PO Box 94014<br>Palatine, IL 60094 |
| America's Servicing Company<br>1205181347<br>P.O. Box 10328<br>Des Moines, IA 50306 | Best Buy Reward Zone Mastercard<br>5268-3500-0683-7012<br>PO Box 60102<br>City of Industry, CA 91716 | Chase Cardmember Services<br>5542-8504-0071-1414<br>PO Box 94014<br>Palatine, IL 60094 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:  **Rickey W. Wright**                                CASE NO. **13-41811**
_Debtor_

                                                            CHAPTER **13**
_Joint Debtor_

# CERTIFICATE OF SERVICE
(Continuation Sheet #1)

| | | |
|---|---|---|
| Chase Cardmember Services<br>c/o Hilco Receivables<br>2075 W. Big Beaver Rd. #200<br>Troy, MI 48084 | Ford Motor Credit Company<br>38871043<br>PO Box 152271<br>Irving, TX 75016-2271 | GE Money Bank (Pep Boys)<br>6019180917224608<br>PO Box 960061<br>Orlando, FL 32896 |
| Compass Inspire Mastercard<br>PO Box 60102<br>City of Industry, CA 91716 | Gaines Real Estate Company<br>PO Box 670573<br>Dallas, TX 75367 | GEMB (JCPenny)<br>47695438041<br>PO Box 960090<br>Orlando, FL 32896 |
| Compass Inspire Mastercard<br>c/o NAFS<br>PO Box 9027<br>Williamsville, NY 14231 | GE Money<br>00040010001505969 15<br>c/o Academy Collection Service<br>10965 Decatur Rd.<br>Philadelphia, PA 19154 | Hoboken Floors<br>13134550<br>c/o Ross Gelfand, LLC<br>PO Box 1870<br>Roswell, GA 30077 |
| Comptroller of Public Accounts<br>3-20061-1109-3<br>111 E. 17th St.<br>Austin, TX 78774 | GE Money<br>6/2007<br>PO Box 96001<br>Orlando, FL 32896-0061 | Home Depot Credit Services<br>6035320223248681<br>PO Box 182676<br>Columbus, OH 43218 |
| Ford Credit<br>38871043<br>c/o Penncro<br>PO Box 538<br>Oaks, PA 19456 | GE Money (Lowes Visa)<br>4940-6524-9772-4289<br>c/o Academy Collection Service<br>10965 Decatur Rd.<br>Philadelphia, PA 19154 | Home Depot Credit Services<br>6035322014725638<br>PO Box 6029<br>The Lakes, NV |
| Ford Motor Credit<br>38871043<br>POB 650575<br>Dallas, TX 75265 | GE Money Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | HSBC Card Services<br>5440-4550-0897-4787<br>PO Box 60102<br>City of Industry, CA 91716 |
| Ford Motor Credit<br>42564401<br>POB 650575<br>Dallas, TX 75265 | GE Money Bank (Discount Tire)<br>6019180055481523<br>PO Box 960061<br>Orlando, FL 32896 | HSBC Card Services<br>c/o Allied Interstate<br>PO Box 361774<br>Columbus, OH 43236 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  Rickey W. Wright                              CASE NO.  13-41811
*Debtor*

                                                       CHAPTER  13
*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #2)

| | | |
|---|---|---|
| HSBC Card Services<br>5440455008974787 0102<br>PO Box 60102<br>City of Industry, CA 91716 | HSBC Retail Services (Rooms to Go)<br>0788605900017561<br>PO Box 60107<br>City of Industry, CA 91716 | Kroger Personal Finance<br>5102410109773658<br>PO Box 42022<br>Providence, RI 02940 |
| HSBC Card Services<br>c/o Professional Recovery Services<br>PO Box 1880<br>Voorhees, NJ 08043 | HSBC Retail Services (Rooms to Go)<br>c/o Central Portfolio Control<br>6640 Shady Oak Rd. #300<br>Eden Prairie, MN 55344 | Kroger Personal Finance<br>c/o Richard J Boudreau & Associates<br>5 Industrial Way<br>Salem, NH 03079 |
| HSBC Card Services (Discover)<br>PO Box 60136<br>City of Industry, CA 91716 | Internal Revenue Service<br>POB 21126<br>Philadelphia, PA 19114 | Lease Finance Group<br>0801153A<br>233 N. Michigan Ave. #1800<br>Chicago, IL 60601 |
| HSBC Card Services (Orchard)<br>c/o NAFS<br>PO Box 9027<br>Buffalo, NY 14231 | IRS<br>P.O. Box 21126<br>Philadelphia, PA 19144 | Medical City Dallas Hospital<br>726078074<br>Patient Accts Dept.<br>PO Box 639400<br>Irving, TX 75063 |
| HSBC Card Services (Orchard)<br>5413-3600-5178-8725<br>P.O. Box 60102<br>City of Industry, CA 91716 | John Talton<br>110 North College Ave., 12th Floor<br>Tyler, TX 75702 | Merick Bank<br>4120-6130-4803-9306<br>PO Box 5721<br>Hicksville, NY 11802 |
| HSBC Payment Center (Discover)<br>c/o Evans Associates<br>3842 Harlem Rd. #400-329<br>Buffalo, NY 14215 | Kenneth Hsu, MD<br>21942<br>c/o ENT Specialists of North TX, P.A<br>4001 West 15th Street, Suite 335<br>Plano, TX 75093-5841 | Paramount Recovery Systems<br>PO Box 788<br>Lorena, TX 76655 |
| HSBC Payment Center (Discover)<br>c/o NCA<br>PO Box 3023<br>Hutchinson, KS 67504 | Khol's<br>0469738033<br>PO Box 30510<br>Los Angeles, CA 90030 | Radiology Consultants of North Texas<br>447699<br>PO Box 740608<br>Dallas, TX 75374 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: Rickey W. Wright                          CASE NO. 13-41811
*Debtor*

                                                 CHAPTER 13
*Joint Debtor*

## CERTIFICATE OF SERVICE

(Continuation Sheet #3)

Rickey W. Wright
637 Lookout Trail
Plano, TX 75023

Travelocity Card Services
5148-8750-0020-9756
PO Box 13337
Philadelphia, PA 19101

Shell Processing Center
155703093
PO Box 183018
Columbus, OH 43218

TXU Energy
1274840
c/o Greenberg, Grant & Richards, Inc.
5858 Westheimer Rd., Suite 500
Houston, TX 77057

Shell Processing Center
c/o LTD Financial Services
7332 Southwest Freeway #1600
Houston, TX 77074

U.S. Attorney General
Main Justice Building
10th and Constitution Ave NW
Washington, DC 20530-0001

Sunland Properties Inc.
PO Box 670573
Dallas, TX 75367

United States Attorney's Office
110 North College Ave., Ste 700
Tyler, Texas 75702-0204

Tara Energy
0707130022
1900 St. James #300
Houston, TX 77056

Verizon
2853252884130220
c/o Solomon and Solomon P.C.
Five Columbia Circle
Albany, NY 12203

Target National Bank
427925436
PO Box 59317
Minneapolis, MN 55459

Texas Oncology Medical City PJT
860841
7777 Forest Lane C-850
Dallas, TX 75230

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 13-41811<br>Eastern District of Texas<br>Sherman<br>Fri Jul 26 13:46:21 CDT 2013 | ADT Security Services<br>PO Box 371956<br>Pittsburgh, PA 15250-7956 | ADT Security Services<br>c/o Sko Brenner American<br>PO Box 9320<br>Baldwin, NY 11510-9320 |
| Allied Waste<br>4200 E. 14th St.<br>Plano, TX 75074-7102 | America's Servicing Company<br>P.O. Box 10328<br>Des Moines, IA 50306-0328 | Ameripath<br>PO Box 830913<br>Birmingham, AL 35283-0913 |
| Ascension Capital Group Inc.<br>Attn: Capital One Auto Finance Dept<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Robert E. Barron<br>P.O. Box 1347<br>Nederland, TX 77627-1347 | Barron & Barron, LLP<br>P.O. Box 1347<br>Nederland, Texas 77627-1347 |
| Best Buy Reward Zone Mastercard<br>PO Box 60102<br>City of Industry, CA 91716-0102 | Capital One Auto<br>POB 260848<br>Plano, TX 75026-0848 | Capital One Bank<br>PO Box 60599<br>City of Industry, CA 91716-0599 |
| Chase (Amazon.com)<br>PO Box 94014<br>Palatine, IL 60094-4014 | Chase Cardmember Services<br>PO Box 94014<br>Palatine, IL 60094-4014 | Chase Cardmember Services<br>c/o Hilco Receivables<br>2075 W. Big Beaver Rd. #200<br>Troy, MI 48084-3438 |
| Compass Inspire Mastercard<br>PO Box 60102<br>City of Industry, CA 91716-0102 | Compass Inspire Mastercard<br>c/o NAFS<br>PO Box 9027<br>Williamsville, NY 14231-9027 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Ford Credit<br>c/o Penncro<br>PO Box 538<br>Oaks, PA 19456-0538 | Ford Motor Credit<br>POB 650575<br>Dallas, TX 75265-0575 | Ford Motor Credit Company<br>PO Box 152271<br>Irving, TX 75015-2271 |
| GE Money<br>PO Box 96001<br>Orlando, FL 32896-0061 | GE Money<br>c/o Academy Collection Service<br>10965 Decatur Rd.<br>Philadelphia, PA 19154-3210 | GE Money (Lowes Visa)<br>c/o Academy Collection Service<br>10965 Decatur Rd.<br>Philadelphia, PA 19154-3210 |
| GE Money Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | GE Money Bank (Discount Tire)<br>PO Box 960061<br>Orlando, FL 32896-0061 | GE Money Bank (Pep Boys)<br>PO Box 960061<br>Orlando, FL 32896-0061 |
| GEMB (JCPenny)<br>PO Box 960090<br>Orlando, FL 32896-0090 | Gaines Real Estate Company<br>PO Box 670573<br>Dallas, TX 75367-0573 | HSBC Card Services<br>PO Box 60102<br>City of Industry, CA 91716-0102 |

```
HSBC Card Services              HSBC Card Services              HSBC Card Services (Discover)
c/o Allied Interstate           c/o Professional Recovery Services   PO Box 60136
PO Box 361774                   PO Box 1880                     City of Industry, CA 91716-0136
Columbus, OH 43236-1774         Voorhees, NJ 08043-7880


HSBC Card Services (Orchard)    HSBC Card Services (Orchard)    HSBC Payment Center (Discover)
P.O. Box 60102                  c/o NAFS                        c/o Evans Associates
City of Industry, CA 91716-0102 PO Box 9027                     3842 Harlem Rd. #400-329
                                Buffalo, NY 14231-9027          Buffalo, NY 14215-1935


HSBC Payment Center (Discover)  HSBC Retail Services (Rooms to Go)   HSBC Retail Services (Rooms to Go)
c/o NCA                         PO Box 60107                    c/o Central Portfolio Control
PO Box 3023                     City of Industry, CA 91716-0107 6640 Shady Oak Rd. #300
Hutchinson, KS 67504-3023                                       Eden Prairie, MN 55344-7710


Hoboken Floors                  Home Depot Credit Services      Home Depot Credit Services
c/o Ross Gelfand, LLC           PO Box 182676                   PO Box 6029
PO Box 1870                     Columbus, OH 43218-2676         The Lakes, NV 88901-6029
Roswell, GA 30077-1870


(p)INTERNAL REVENUE SERVICE     Kenneth Hsu, MD                 Khol's
CENTRALIZED INSOLVENCY OPERATIONS   c/o ENT Specialists of North TX, P.A   PO Box 30510
PO BOX 7346                     4001 West 15th Street, Suite 335   Los Angeles, CA 90030-0510
PHILADELPHIA PA 19101-7346      Plano, TX 75093-5859


(p)US BANK                      Kroger Personal Finance         Lease Finance Group
PO BOX 5229                     c/o Richard J Boudreau & Associates   233 N. Michigan Ave. #1800
CINCINNATI OH 45201-5229        5 Industrial Way                Chicago, IL 60601-5802
                                Salem, NH 03079-4866


Medical City Dallas Hospital    Merick Bank                     Paramount Recovery Systems
Patient Accts Dept.             PO Box 5721                     PO Box 788
PO Box 639400                   Hicksville, NY 11802-5721       Lorena, TX 76655-0788
Irving, TX 75063-9400


Radiology Consultants of North Texas   Shell Processing Center   Shell Processing Center
PO Box 740608                   PO Box 183018                   c/o LTD Financial Services
Dallas, TX 75374-0608           Columbus, OH 43218-3018         7332 Southwest Freeway #1600
                                                                Houston, TX 77086


Sunland Properties Inc.         TXU Energy                      Tara Energy
PO Box 670573                   c/o Greenberg, Grant & Richards, Inc.   1900 St. James #300
Dallas, TX 75367-0573           5858 Westheimer Rd., Suite 500  Houston, TX 77056-4128
                                Houston, TX 77057-5645


Target National Bank            Texas Oncology Medical City PJT Travelocity Card Services
PO Box 59317                    7777 Forest Lane C-850          PO Box 13337
Minneapolis, MN 55459-0317      Dallas, TX 75230-6902           Philadelphia, PA 19101-3337
```

| | | |
|---|---|---|
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | U.S. Attorney General<br>Main Justice Building<br>10th and Constitution Ave NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| United States Attorney's Office<br>110 North College Ave., Ste 700<br>Tyler, Texas 75702-0204 | Verizon<br>c/o Solomon and Solomon P.C.<br>Five Columbia Circle<br>Albany, NY 12203-5180 | Rickey W. Wright<br>637 Lookout Trail<br>Plano, TX 75023-4817 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Comptroller of Public Accounts<br>111 E. 17th St.<br>Austin, TX 78774 | IRS<br>P.O. Box 21126<br>Philadelphia, PA 19144 | (d)Internal Revenue Service<br>POB 21126<br>Philadelphia, PA 19114 |
| Kroger Personal Finance<br>PO Box 42022<br>Providence, RI 02940 | End of Label Matrix<br>Mailable recipients   65<br>Bypassed recipients    0<br>Total                 65 | |